UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|   |   |
|---|---|
| IN RE: SUBPOENAS TO NON-PARTIES KOFILE TECHNOLOGIES, INC. and KOFKILE TECHNOLOGIES GROUP, INC.<br><br>CSS, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER HERRINGTON, GENE YOHO and COMPILED TECHNOLOGIES, LLC,<br><br>　　Defendants. | CASE NO. 3:17-mc-71<br><br>Related to 2:16-cv-07162<br>(S.D. W.Va. Charleston Division) |

### KOFILE TECHNOLOGIES GROUP, INC.'S AND KOFILE TECHNOLOGIES, INC.'S JOINDER IN CSS, INC.'S MOTION TO QUASH THIRD-PARTY SUBPOENAS AND <u>MOTION FOR PROTECTIVE ORDER</u>

PLEASE TAKE NOTICE that non-parties Kofile Technologies Group, Inc. and Kofile Technologies, Inc. (collectively, the "Kofile Entities") hereby join in CSS, Inc.'s Motion to Quash Third-Party Subpoenas and Motion For Protective Order and Brief In Support ("CSS, Inc.'s Motion") for all the reasons stated therein, including the Objections served by the Kofile Entities on the Defendants attached to CSS, Inc.'s Appendix [Doc. 2] Exhibit C in Support of its Motion.

Rather than file a separate motion to quash or for protective order, and to avoid needless repetition, the Kofile Entities join in CSS, Inc.'s Motion and hereby adopt all applicable arguments, objections, and requests set forth therein (including the exhibits attached thereto) with respect to the subpoenas *duces tecum* served by the Defendants on the Kofile Entities.

---

For the same reasons advanced by CSS, Inc. in its Motion, the Kofile Entities respectfully request that the Court grant CSS, Inc.'s Motion and quash the third-party subpoenas served on Kofile Technologies Group, Inc. and Kofile Technologies, Inc., or enter a protective order prohibiting Defendants from obtaining discovery pursuant to the subpoenas served on the Kofile Entities.

Dated:  September 15, 2017

Respectfully submitted,

By: */s/ Walter A. Herring*
Walter A. Herring
State Bar No. 09535300
wherring@munckwilson.com
Jessica L. Spaniol
State Bar No. 24072360
jspaniol@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
600 Banner Place Tower
12770 Coit Road
Dallas, TX  75251
Telephone:  (972) 628-3600
Telecopier: (972) 628-3616

**ATTORNEYS FOR
KOFILE TECHNOLOGIES
GROUP, INC. AND
KOFILE TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document was served via U.S. Mail and e-mail upon all counsel of record in accordance with the Federal Rules of Civil Procedure on September 15, 2017.

*/s/ Walter A. Herring*
Walter A. Herring

742112.

---